# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 0 8 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Graham Webb International, Inc.

v.

C. B. Sullivan Company, Inc.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  09cv1822-IEG(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **DENIES** Defendant C.B. Sullivan Company, Inc's motion to dismiss for lack of personal jurisdiction, under the first-to-file rule and based on the doctrine of forum non conveniens. Court **GRANTS** Defendant's motion to dismiss this action under the Federal Arbitration Act. Plaintiff's motion for preliminary injunction is **DENIED AS MOOT**. Case is closed subject to reopening following completion of the arbitration..........................................................................................................................

| October 8, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | J. Haslam |
|  | (By) Deputy Clerk |

ENTERED ON October 8, 2009

09cv1822-IEG(RBB)